UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                          :
                                                                :   Chapter 11
PENINSULA HOSPITAL CENTER, et al.,                              :   Case No.: 11-47056 (ESS)
                                                                :   Case No.: 11-47985 (ESS)
                                                                :   (Jointly-Administered)
                              Debtors.                          :
------------------------------------------------------------------x
LORI LAPIN JONES, Chapter 11 Trustee of the                     :
Estates of Peninsula Hospital Center and Peninsula              :
General Nursing Home Corp.,                                     :
                                                                :
                              Plaintiff,                        :
                                                                :
            v.                                                  :   Adv. Proc. No. 13-01449
                                                                :
THE ESTATE OF STEVEN ZAKHEIM a/k/a/                             :
SHLOMO ZAKHEIM, SUZANNE FAYE                                    :
ZAKHEIM, TODD MILLER, SAMUEL A. WEISS                           :
a/k/a ARI WEISS, ISAAC SOSKIN, REVIVAL                          :
FUNDING CO. LLC, REVIVAL ACQUISITION                            :
GROUP LLC, GAMZEL, NY, INC. d/b/a REVIVAL                       :
HOME HEALTH CARE, METROPOLITAN HOME                             :
HEALTH PRODUCTS, INC. d/b/a METROSTAR,                          :
GAMZEL LLC, SENIOR SCRIPT PHARMACY                              :
LLC, REVIVAL PHARMACY LLC, and NAE                              :
EDISON, LLC d/b/a EDISON HOME HEALTH                            :
CARE,                                                           :
                                                                :
                              Defendants.                       :
------------------------------------------------------------------x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Lori Lapin Jones, the Chapter 11 trustee (the "Trustee") for Peninsula Hospital Center ("PHC") and Peninsula General Nursing Home Corp. d/b/a Peninsula Center for Extended Care & Rehabilitation ("PGN" and together with PHC, the "Debtors"), by her counsel Storch Amini & Munves PC, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismisses this adversary proceeding with prejudice in accordance with the Court's Order Granting Motion of Chapter 11 Trustee for Entry of an Order Approving (A)

Stipulation Among Chapter 11 Trustee, Certain Defendants, and Zurich American Insurance Company Settling Claims and Providing for Releases and (B) Interim Allocation of Settlement Funds [Docket No. 1383 in Case No. 11-47056].

Dated: New York, New York
       January 13, 2015

                                    STORCH AMINI & MUNVES PC
                                    Attorneys for Plaintiff

                                    By: /s/Avery Samet
                                        Bijan Amini, Esq.
                                        Avery Samet, Esq.
                                    2 Grand Central Tower
                                    140 East 45th Street
                                    New York, New York 10017
                                    Tel: (212) 490-4100
                                    Fax: (212) 490-4208

**IT IS SO ORDERED.**

**Dated: Brooklyn, New York**                                                        **Elizabeth S. Stong**
      **January 21, 2015**                                                       **United States Bankruptcy Judge**

TO:    KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
   David M. Friedman
   Howard W. Schub
   Jennifer McDougall
   1633 Broadway
   New York, NY 10019
   (212) 506-1700

   *Attorneys for Suzanne Faye Zakheim, individually, and as designated executor of the estate of Steven Zakheim, Revival Funding Co. LLC, Revival Acquisition Group LLC, Metropolitan Home Health Products, Inc. d/b/a Metrostar, Gamzel LLC, and Revival Pharmacy LLC*

   ZISHOLTZ & ZISHOLTZ, LLP
   Stuart Zisholtz
   170 Old Country Road
   Mineola, NY  11501
   (516) 741-2200

   *Attorney for Samuel A. Weiss a/k/a Ari Weiss, Isaac Soskin, Gamzel, NY, Inc. d/b/a Revival Home Health Care, and NAE Edison, LLC d/b/a Edison Home Health Care*


   THE LAW OFFICES OF STEVEN C. BAGWIN
   Steven C. Bagwin
   245 Saw Mill River Road, 2nd Floor
   Hawthorne, NY 10532
   (914) 747-7070

   *Attorneys for Todd Miller*

   SeniorScript Pharmacy LLC
   Attn: President
   125 Graham Avenue
   Brooklyn, New York 11206

   SeniorScript Pharmacy LLC
   Attn: President
   New York Secretary of State
   One Commerce Plaza
   99 Washington Ave
   Albany, New York 12231